# UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:18-cv-10677-IT

ERROL TYLER, in his individual capacity and in his capacity as President and CEO of NAUTICAL TOURS, INC., and ALLENA TABB-HARPER, in her individual capacity,

    Plaintiffs,

v.

BOSTON POLICE COMMISSIONER, WILLIAM G. GROSS, in his official capacity; THOMAS LEMA, JR., Individually and in his official capacity as INSPECTOR OF CARRIAGES, HACKNEY CARRIAGE UNIT,

    Defendants.

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.5.2(c), the Upper Charles Law Group, LLC, and its attorneys of record in this Matter, namely, Joseph Comenzo and John Koury, hereby move for leave to withdraw their appearances for Plaintiffs in this matter, Erroll Tyler, Allena Tabb-Harper and Nautical Tours (collectively, "Clients").

As grounds and reasons therefore, Attorney Joseph Comenzo states that there have arisen irreconcilable differences between the Clients and this counsel, and on August 7, 2020, I received a letter from Clients formally terminating our representation.

In further support of the instant Motion for Leave, the undersigned states that he informed Clients via email on August 14 that such a Motion was to be filed, and requesting

1

confirmation that Clients did not oppose such a Motion. Having not heard back, the undersigned respectfully submits this Motion for the Court and is sending electronic and hard copies to the clients.

        Respectfully submitted,

        */s/Joseph Comenzo*
        Joseph Comenzo, BBO No. 667624
        John Koury, BBO No. 694088
        Upper Charles Law Group, LLC
        10 Kearney Rd, #101
        Needham, MA 02494
        (617) 600-7150
        jcomenzo@uclawgroup.com

## CERTIFICATE OF SERVICE

I, Joseph Comenzo, do hereby certify that this document filed through the ECF system will be sent electronically to all the registered participants as identified on the Notice of Electronic Filing, and paper copies have been sent to those indicated as non-registered participants, specifically Plaintiffs, Erroll Tyler and Allena Tabb-Harper at:

Mr. Erroll Tyler
296 Main Street, Suite 1E
Melrose, MA 02176

And

Ms. Allena Tabb-Harper
153 Crawford Street
Dorchester, MA 02121

        */s/ Joseph Comenzo*
        Joseph F. Comenzo